ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 11 2015

CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DARILYN JOHNSON<br><br>*Plaintiff,*<br>v.<br><br>KANER MEDICAL GROUP, P.A., ET AL.<br><br>*Defendants.* | Case No. 4:12-cv-757-A |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff/Relator, Darilyn Johnson, in the above-captioned action, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the district court's order and final judgment (both of which were filed on February 12, 2015, and entered on February 13, 2015) granting the Court's *sua sponte* motion for summary judgment in favor of defendants and dismissing all of Plaintiff/Relator's claims in this action.

1

Respectfully submitted,

/s/ David L Scher

David L Scher, Esq. (Pro Hac Vice)
R. Scott Oswald, Esq. (Pro Hac Vice)

THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, 9th Floor
Washington, D.C. 20006
(202) 261-2803
(202) 261-2835 (facsimile)
Dscher@employmentlawgroup.com
Soswald@employmentlawgroup.com

Richard B. Roper
State Bar No. 17233700
Jennifer Ecklund
State Bar No. 24045626
David C. Schulte
State Bar No. 24037456

THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (facsimile)
ATTORNEYS FOR QUI TAM
RELATOR DARILYN JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2015, a true and correct copy of this document was served via U.S. Mail, with a courtesy copy via electronic mail on the following:

Clayton E. Devin (05787700)
Macdonald Devin, PC
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 744-3300
(214) 747-0942 (facsimile)
*Counsel for Defendants*

Rebecca S. Davies, *Pro Hac Vice*
Butzel Long, PC
150 W. Jefferson Avenue, Suite 100
Detroit, MI 48226
(313) 225-7000
(313) 225-7080 (facsimile)
*Counsel for Defendants*

Alan T. Rogalski
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
(248) 784-5055
(248) 603-9655 (facsimile)
*Counsel for Defendants*

Scott Hogan, Esq.
U.S. Attorneys Office
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
scott.hogan@usdoj.gov
*Counsel for U.S. Government*

David C. Schulte